**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: CASE NO: 23-42198-MXM-13

**BLANCA ESTELLE QUINONEZ**
  10544 RISING KNOLL LN
  FORT WORTH, TX 76131
  SSN/TIN: XXX-XX-5997

**JORGE LUIS GUERRERO JR**
  10544 RISING KNOLL LN
  FORT WORTH, TX 76131
  SSN/TIN: XXX-XX-1453

**DEBTORS** HEARING: DECEMBER 21, 2023 AT 8:30 AM

## NOTICE OF HEARING ON CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 474 603 746

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

Aspire, PO Box 650832, Dallas, TX 75265
AT AND T, 208 S Akard St, Dallas, TX 75202
AT&T CORP, C/O AT&T SERVICES, ONE AT&T WAY ROOM 3A104, BEDMINSTER, NJ 07921-0000
ATOB, Suite 1400, Four Embarcadero Centre, San Francisco, CA 94111
ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711
BANK OF AMERICA, PO BOX 15102, WILMINGTON, DE 19886
BANK OF AMERICA, PO BOX 673033, DALLAS, TX 75267-0000
BAYLOR SCOTT & WHITE HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440
BECKET & LEE, PO BOX 3001, MALVERN, PA 19355-0000
BQ FIELD PET HOSPITAL, 2901 TEXAS SAGE TRL, FORT WORTH, TX 76177
Brackett AND Ellis, 100 Main St, Fort Worth, TX 76102
CACI, Ste 300, 500 Northwest Plaza Dr, St Ann, MT 63074
Central Florida Express Way, 525 South Magnolia Ave, Orlando, FL 32801
Cleveland Area Hospital, 1401 W Pawnee St, Cleveland, OK 74020
CONN APPLIANCES INC D/B/A CONN'S HOMEPLUS, C/O BECKET & LEE LLP, PO BOX 3002 DEPT CONNS, MALVERN, PA 19355-0000
CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO, NY 14240
Credence Resource Management LLC, Attn Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287
Credit Collection Service, 725 Canton St, Norwood, MA 02062
Credit One Bank, PO Box 98873, Las Vegas, NV 89193
Creek County EMS, 130 E 9th Ave, Bristow, OK 74010
DATA SEARCH INC, PO BOX 461289, ****BAD ADDRESS****, SAN ANTONIO, TX 78426***
DEPT OF JUSTICE - TAX DIVISION, 717 N HARWOOD STE 400, DALLAS, TX 75201-0000
Digestive Health Center of N Richland Hills, 7640 NE Loop 820 #96, North Richland Hills, TX 76180
E 470 Public Highway Authority, PO Box 5470, Denver, CO 80217
E-470 PUBLIC HIGHWAY AUTHORITY, 22470 E STEPHEN D HOGAN PKWY STE 110, AURORA, CO 80018-0000
EMONEYUSA HOLDINGS LLC, C/O WEINSTEIN & RILEY, PO BOX 3978, SEATTLE, WA 96124-0000
EMONEYUSA HOLDINGS LLC, C/O WEINSTEIN & RILEY, 1415 WESTERN AVE STE 400, SEATTLE, WA 98101-0000
FDOT, PO BOX 31241, Tampa, FL 33631
Fig Loans, 2245 Texas Dr, Sugar Land, TX 77479
FMA ALLIANCE LTD, 12339 CUTTEN ROAD, HOUSTON, TX 77066
FROST ARNETT, BANKRUPTCY DEPARTMENT, PO BOX 198988, NASHVILLE, TN 37219
GREENBERG GRANT AND RICHARDS INC, PO BOX 571811, HOUSTON, TX 77257
HENRY ODDO AUSTIN & FLETCHER PC, 1717 MAIN ST STE 4600, DALLAS, TX 75201-0000
HOAF A Professional Company, Suite 4600, 1717 Main Street, Dallas, TX 75201
IC SYSTEM INC, PO BOX 64378, ST PAUL, MN 55164
Innovate Auto Finance, PO BOX 164999, Fort Worth, TX 76161
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101
IRS, 400 2nd Street, Washington, DC 20217
JPS Network, 1500 S Main St, Fort Worth, TX 76104
LAW OFFICE OF GERALD M SHAPIRO LLP, 13105 NW FRWY STE 960, HOUSTON, TX 77040-0000
LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102
LGBS Dallas, 2777 N Stemmons Fwy Suite 1000, Dallas, TX 75207
LINEBARGER GOGGAN BLAIR AND SAMPSON, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-0000
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
Medical City ER Saginaw, 727 W Bailey Boswell Rd, Saginaw, TX 76179
Midland Credit Management, PO Box 2037, Warren, MI 48090-0000
Milestone, PO box 84059, Columbus, GA 31908
NATIONSTAR MORTGAGE LLC, PO BOX 619094, DALLAS, TX 75261
NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS, TX 75261

CREDITORS: (cont'd.)

NATIONWIDE CREDIT AND COLLECTION INC, ATTN BOB BECK, 815 COMMERCE DR STE 270, OAK BROOK, IL 60523

NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD, VA 22119

NORTHWEST ISD, C/O LINEBARGER GOGGAN BLAIR & SAMPSON, 2777 N STEMMONS FREEWAY STE 1000, DALLAS, TX 75207-0000

NTTA, PO Box 660244, Dallas, TX 75266

PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000

PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541

Portfolio Recovery Associates, LLC, PO BOX 12914, Norfolk, VA 23541-0000

Professional Account Management, PO Box 863867, Plano, TX 75086

Pulse Power, Suite 150, 10200 Grogans Mill, The Woodlands, TX 77380

QUANTUM3 GROUP LLC, PO BOX 2489, KIRKLAND, WA 98083

QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA 98083

Quest Diagnostics, 133, 3529 Heritage Trace Pkwy, Keller, TX 76244

RADIOLOGY ASSOCIATES OF NORTH TEXAS, PO BOX 1723, INDIANAPOLIS, IN 46206

RESURGENT CAPITAL SERVICES, PO BOX 1927, GREENVILLE, SC 29602-0000

Rightpath Servicing, Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067

RoadFlex, Unknown, Unknown, TX 00000-0000***

Six Flags over Texas, 11501 N I 35 Service Road City, Oklahoma City, OK 73131

SOUTHWEST RECOVERY SERVICES, 16200 ADDISON RD #260, ADDISON, TX 75001

T Mobile, 3560 Dallas Pkwy, Frisco, TX 75034

TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 2777 N STEMMONS FREEWAY STE 1000, DALLAS, TX 75207-000

TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711

TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711

TEXAS WORKFORCE COMMISSION, TAX DEPT COLLECTION FKA TEC, 101 E 15TH ST, RM 556-A, AUSTIN, TX 78778-0000

True Accord, Suite 130, 16011 College Blvd, Lenexa, KS 66219

TSI, Suite 514, 500 Virginia Dr, Ft Washington, PA 19034

TVT 20 LLC, 90 Broad St 16th Floor, ***BAD ADDRESS***, New York, NY 10004***

TX Tag, PO Box 650749, Dallas, TX 75265

TXU, PO BOX 650638, Dallas, TX 75265

TXU ENERGY RETAIL COMPANY LP, CO BANKRUPTCY DEPT, PO BOX 650393, DALLAS, TX 75265

Ulta Comenity Bank, PO Box 650964, Dallas, TX 75265

UNIFIN INC, P O BOX 4519, SKOKIE, IL 60076

UNITED STATES ATTORNEY, 1100 COMMERCE ST 3RD FLOOR, DALLAS, TX 75242

US DEPARTMENT OF EDUCATION, PO BOX 16448, ST PAUL, MN 55116

US DEPARTMENT OF JUSTICE, 10TH & CONSTITUTION NW, WASHINGTON, DC 20530-0000

US DEPT OF EDUCATION, NATIONAL PAYMENT CENTER, PO BOX 790336, ST LOUIS, MO 63179-0000

US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708

Verizon Wireless, 9037 N Fwy, Fort Worth, TX 76177

VIVINT INC, 4931 N 300 W, PROVO, UT 84604

W BURGESS TARRANT COUNTY TAX ASSESSOR-COLLECTOR, 100 E WEATHERFORD STREET, FORT WORTH, TX 76196

Watersbend HOA Insight Assoc Mgmt, 275 W Campbell Rd 620, Richardson, TX 75080

Wex Fleet, PO Box 639, Portland, ME 04104

WORKS AND LENTZ, 1437 S BOULDER #900, TULSA, OK 74118

***Address on record invalid for recipient -- no document mailed to this party.